# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MACK VESSEL,<br><br>        Plaintiff<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No:  2:15-cv-02449-GMN-PAL<br><br>**JUDGMENT** |

    Having approved the Joint Stipulation For Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

    Judgment is entered in accordance with the order remanding the above-captioned case.

DATE: August 17, 2016

THE HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

-1-