AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Mack Vessel

Plaintiff,

V.

Carolyn W. Colvin

Defendant.

**JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE**

Case Number: 2:15-cv-02449-GMN-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiff is awarded $6,650.00 in attorney's fees and $400.00 in costs to be paid separately from the Judgment Fund.

November 14, 2016

Date

/s/ Lance S. Wilson

Clerk

/s/ S. Denson

(By) Deputy Clerk